PD-1279-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/25/2015 4:52:26 PM
Accepted 9/30/2015 12:28:25 PM
ABEL ACOSTA
CLERK

No. PD-_____-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TEXAS

**James Dwayne Hoisager,**
Appellant

v.

**The State of Texas**
Appellee

On Appeal from the 424th District Court of Burnet County, Texas
Cause No. 39,332, The Honorable Daniel H. Mills, Judge Presiding
On Petition from Discretionary Review from Case Number 03-13-00328-CR
In the Court of Appeals For the Third Judicial District of Texas at Austin

# Appellant's First Motion for Extension for Filing Appellant's Petition for Discretionary Review

Submitted by:

**David K. Chapman**
Attorney at Law
State Bar Number 04121500
Post Office Box 427
Karnes City, Texas 78118-0427
Tel. (830) 780-3472
Fax: (210) 428-6479
heartregardless@gmail.com

Attorney for James Dwayne Hoisager

FILED IN
COURT OF CRIMINAL APPEALS

September 30, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES** James Dwayne Hoisager, Appellant in the above styled and numbered cause, through counsel David K. Chapman, his retained attorney of record, and respectfully files this Motion for Extension of Time to File his Petition for Discretionary Review. As grounds for granting this Motion, Appellant would show the Court:

I.

The deadline for filing this Petition is September 28, 2015.

II.

Appellant asks that he be given an additional thirty (30) days to file the petition, making it due on or before October 28, 2015.

III.

No previous extensions of time have been requested, granted, or denied.

IV.

Appellant's counsel is raising two time-consuming issues. One complains of a double jeopardy violation. The other attacks the State's improper amendment of the indictment, barred by Tex. Code Crim. P. 28.10. Counsel has finished the greater part of his preparation of his double jeopardy argument but needs additional time to review and revise it. Despite spending many hours on both issues, counsel needs

1

significant additional time to complete the amendment issue. Also, during the past month, counsel spent many hours in the courts of Karnes County and working on the his cases pending in those courts.

V.

This Petition is on appeal from cause number 03-13-00328-CR in the Third Court of Appeals at Austin, which entered its judgment of affirmance on July 17, 2015.

VI.

Appellant filed his motion for rehearing on August 3, 2015. The Court denied the motion on August 28, 2015.

PREMISES CONSIDERED, Appellant prays that the Court grant this request for an additional thirty (30) days to file his petition for discretionary review.

Respectfully submitted,

/s/ David K. Chapman

David K. Chapman
State Bar No. 04121500
P.O. Box 427
Karnes City, Texas 78118-0427
830-780-3472 Telephone
210-428-6479 Facsimile
heartregardless@gmail.com

Attorney for James Dwayne Hoisager

2

## CERTIFICATE OF COMPLIANCE AND SERVICE

On this ... day of September, 2015, I filed a copy of this document through EFILETEXAS.GOV, using an approved service provider, File & ServeXpress, which provided a copy to the attorneys for Appellee, Hon. Gary W. Bunyard, Assistant District Attorney, 33rd and 424th Judicial District, P.O. Box 725, Llano, Texas 78643, g.bunyard@co.llano.tx.us, and Lisa C. McMinn, State Prosecuting Attorney, P.O. Box 13046, Austin, Texas, 78711-3046, information@spa.texas.gov. I certify that this document was prepared on WordPerfect™WPx6, contains a total of ... words, and otherwise complies with the Texas Rules of Appellate Procedure, as amended effective January 1, 2014.

/s/ David K. Chapman

David K. Chapman